IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2020 AUG 17 PM 4:06

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
              DEPUTY

| | |
|---|---|
| ELLIOT MCGUCKEN, | § |
| PLAINTIFF, | § |
| | § |
| V. | § |
| | § |
| | § |
| DISPLATE CORPORATION, GWD | § |
| CONCEPT SP ZO.O., AND DOES 1 | § |
| THROUGH 10 INCLUSIVE, | § |
| DEFENDANTS. | § |

CAUSE NO. 1:19-CV-42-LY

## ORDER

**IT IS ORDERED** that the parties are to submit to the court a Proposed Agreed Scheduling

Order, in accordance with Federal Rule of Civil Procedure 26(f), that follows the form scheduling

order of this court located on the website for the United States District Court for the Western

District of Texas (www.txwd.uscourts.gov), the "Forms" tab, "Civil," "Austin Division,"

"Proposed Scheduling Order for Judge Yeakel," **on or before October 15, 2020.**

SIGNED this _____ day of August, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE