IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 OCT 28 PM 12:00
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY

| | |
|---|---|
| ELLIOT MCGUCKEN,<br>　　　　　PLAINTIFF,<br><br>V.<br><br>DISPLATE CORPORATION, GWD<br>CONCEPT SP Z O.O., AND DOES 1<br>THROUGH 10 INCLUSIVE,<br>　　　　　DEFENDANTS. | §<br>§<br>§<br>§<br>§　CAUSE NO. 1:19-CV-42-LY<br>§<br>§<br>§<br>§ |

### **FINAL JUDGMENT**

Before the court is the above-styled and numbered cause. On October 27, 2020, the parties filed a Joint Stipulation of Dismissal (Doc. #43) which the court has reviewed and now approves. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this 28th day of October, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE